IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-1655-RPM

MESA OIL, INC.,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____

## ORDER TO SUBMIT REVISED PROPOSED SCHEDULING ORDER

_____

At the scheduling conference on February 18, 2005, the Court directed that counsel

submit a revised proposed scheduling order within 30 days.  None has been submitted.  It is

now

ORDERED that on or before July 18, 2005, the parties shall submit a revised proposed

scheduling order.

Dated: July 5th, 2005

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge