IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-M-1655

MESA OIL, INC.,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.

---

STIPULATION OF MESA OIL, INC., AND
UNITED STATES OF AMERICA

---

    Plaintiff Mesa Oil, Inc., and Defendant United States of America, by their respective undersigned counsel, stipulate as follows:

    1.    This case ("Mesa IV") involves an appeal by the plaintiff of two (2) Notices of Determination Concerning [IRS] Collection Action issued by the Rocky Mountain Appeals Office of the IRS on July 16, 2004, after a collection due process hearing was held (pursuant to 26 U.S.C. sections 6320 and 6330) to discuss payment/collection of the plaintiff's delinquent tax liabilities.

    2.    This case is related to <u>Mesa Oil, Inc. v. United States</u>, civil case no. 03-F-1677 (PAC) ("Mesa III") which also involved an appeal by the plaintiff of several Notices of Determination Concerning [IRS] Collection Action issued by the Rocky Mountain Appeals Office of the IRS.

1048843.1

3.      On December 28, 2004, the Court in Mesa III issued an Order on Cross-Motions for Summary Judgment that directed, in part, the case be remanded to the Internal Revenue Service for further consideration and hearing in light of the plaintiff's alternative collection proposals.  The Court also sustained the Appeals Officer's determination denying abatement of penalties; that part of the order has been appealed by the plaintiff.

4.      The parties envision that any negotiated resolution to this case will involve the delinquent liabilities at issue in both Mesa III and Mesa IV.

5.      This case shall be remanded to the Appeals Office of the Internal Revenue Service for a second collection due process hearing to discuss alternatives to enforced collection for the plaintiff's delinquent tax liabilities.  The Appeals Office will schedule the hearing by providing written notice to the plaintiff.  This hearing can be consolidated with the remanded hearing in Mesa III to discuss a comprehensive resolution for the plaintiff's unpaid tax liabilities.  In the alternative, if the IRS chooses not to conduct a second due process hearing, the IRS will withdraw the notice of intent to levy that is the subject of this proceeding.

6.      In the event the IRS conducts a second hearing and, if the parties are unable to negotiate a payment agreement for the plaintiff's delinquent tax liabilities, the Appeals Office shall issue a Supplemental Notice of Determination after the collection due process hearing.

7.      The Court shall retain jurisdiction over this matter.

8.      Within thirty days after the issuance of the Supplemental Notice of Determination by the Appeals Office, the plaintiff may, if it desires, request that the

Court conduct a hearing on the Supplemental and/or Original Notice of Determination.

9. Nothing herein should be construed as an admission by the United States that the Appeals Office did not already conduct a collection due process hearing in this matter.

10. This Stipulation is subject to the approval of the Court by entering the proposed Order herewith.

DATED this 19th day of July, 2005.

| FOR PLAINTIFF: | FOR THE UNITED STATES OF AMERICA: |
|---|---|
| s/Kevin A. Planegger<br>Kevin A. Planegger, Esq.<br>Merriam Law Firm, P.C.<br>1625 Broadway, Suite 770<br>Denver, Colorado 80202<br>Telephone: (303) 592-5404<br>Facsimile: (303) 592-5439<br>E-mail: TMerriam@taxlaw2848.com | WILLIAM J. LEONE<br>United States Attorney<br><br>s/Rickey Watson<br>Rickey Watson, Esq.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>555 4th Street, NW<br>Washington, D.C. 20044<br>Telephone: (202) 353-0300<br>Facsimile: (202) 307-0054 |