IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01655-RPM

MESA OIL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

Upon the stipulation of Plaintiff Mesa Oil, Inc., and defendant United States of America, it is hereby

ORDERED that this matter is remanded to the Appeals Office of the Internal Revenue Service for a collection due process hearing; the Appeals Office will schedule the hearing by giving written notice to plaintiff;

ORDERED that after conducting the collection due process hearing the Appeals Office shall issue a Supplemental Notice of Determination; and it is further

ORDERED that, if the IRS chooses not to conduct the hearing required by the preceding paragraph, the IRS will immediately withdraw the notice of intent to levy that is the subject of this case; and it is further

ORDERED that the Court shall retain jurisdiction over this matter; and it is further

ORDERED that within thirty days after the issuance of the Supplemental Notice of Determination by the Appeals Office, the plaintiff may, if it desires, request that the Court

1050452.1

conduct a hearing on the Supplemental and/or Original Notice of Determination.

Dated this 21st day of July, 2005.

BY THE COURT:

Richard P. Matsch
Senior United States District Judge